UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-cv-00213-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 22, 2015 |
| | ) | |
| JAMES GREG COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Legal Copy Work Extension." (Doc. # 45.) Plaintiff seeks a $100.00 extension of his legal copy work allowance. Plaintiff's rationale for the requested extension is that Plaintiff has exceeded his copy work limit and states he "can no longer get legal copy work without court order." (*Id.*) Plaintiff, however, did not attach his inmate banking statement to his motion, nor has Plaintiff explained what copies he anticipates having to copy. In that regard, the court notes that the discovery deadline of March 23, 2015 (Doc. # 20), which was extended per Plaintiff's request to April 10, 2015 (Doc. # 28), has passed. As such, the court does not foresee a necessity for additional copies, certainly in the magnitude of the $100.00 sought by Plaintiff.

As was stated by Magistrate Judge George Foley, Jr., in *Allen v. Clark County Detention Center*,  2:10-cv-00857-RLH-GWF, 2011 WL 886343 at * 2 (D. Nev. 2011):

> A Petitioner does not have a right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir.1989) (stating "numerous courts have rejected any constitutional right to free and unlimited photocopying"). Pursuant to Administrative Regulations 722, "inmates can only accrue a maximum of $100.00 debt for copy work expenses." A court can, however, order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties. In the present motion, Plaintiff states that he has exceeded his prison copy limit and requests that the Court order the

Nevada Department of Correction to increase his copy work limit. (#119). In support of this request, Plaintiff attaches a copy of his inmate account statement, showing a negative balance of $199.00. (*Id.* at 4). Based on Plaintiff's lack of funds, pending appeal before the Ninth Circuit and the status of this case, the Court finds Plaintiff has demonstrated the need to have his prison copy work limit increased so that he is allotted $50.00 worth of copying privileges. The Court advises Plaintiff, however, that he should use his copying privileges sparingly, refrain from filing numerous and duplicative motions, and use carbon paper to duplicate documents when possible because further requests for an increase in Plaintiff's photocopy allowance will not be looked upon favorably.

The court will consider a revised motion which addresses the balance of Plaintiff's inmate banking account and identifies what additional copies Plaintiff projects will be needed in this case.

Plaintiff's motion (Doc. # 45) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
         Deputy Clerk