UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES GREG COX et al.,<br><br>        Defendants. | 3:14-cv-00213-RCJ-WGC<br><br>**ORDER** |

Plaintiff has asked the Court to overrule the Magistrate Judge's April 1, 2015 rulings denying his motions for appointment of counsel and his motions to compel. (*See* Orders, ECF Nos. 40, 41). The Magistrate Judge adequately explained why appointment of counsel was not appropriate and correctly determined that Plaintiff did not meet and confer before filing his motions to compel and that the motions were without merit, in any case. Finding no error, the Court denies the motions. *See* Fed. R. Civ. P. 72(a).

///

///

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motions to Reconsider (ECF Nos. 43, 44) are DENIED.

IT IS SO ORDERED.

Dated this 30th day of April, 2015.

_____
ROBERT C. JONES
United States District Judge