# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>ELY STATE PRISON, et al.,<br><br>　　　　　　Defendants. | 3:14-cv-00122-MMD-WGC |
| LAUSTEVEION JOHNSON,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>JAMES GREG COX, et al.,<br><br>　　　　　　Defendants. | 3:14-cv-00213-RCJ-WGC<br><br>**ORDER EXTENDING COPY WORK LIMIT** |

The court clarifies its orders (Doc. # 52) in Case no. 3:14-cv-00122-MMD-WGC) and (Doc. # 51) in Case number 3:14-cv-00213-RCJ-WGC.  The total copywork extension granted was the sum of $30.00, or a total of **$15.00 for each case.**

The Clerk shall also **SEND** a copy of this order extending copy work to the attention of the **Chief of Inmate Services for the Nevada Department of Corrections** (P.O. Box 7011, Carson City, NV 89702) so that the funds can be properly allocated**.**

**IT IS SO ORDERED.**

DATED:  May 12, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM G. COBB
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE