## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-cv-00213-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 27, 2015 |
| | ) | |
| JAMES GREG COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Stay Summary Judgment Briefing. (Doc. # 53.) Defendants have filed a motion to consolidate the Johnson v. Cox case with Johnson v. Nguyen, case no: 3:12-cv-00538-MMD-WGC in the first filed case (3:12-cv-00538-MMD-WGC, Doc. # 98). Defendants state the two cases concern the same Plaintiff, similar Defendants and common questions of fact. No opposition to that motion was filed. Defendants seek a stay of summary judgment briefing in the instant case pending a decision on the motion to consolidate the two cases. The docket in 3:12-cv-00538-MMD-WGC reflects the deadline for filing dispositive motions is August 19, 2015.

Rather than staying the deadlines in this case, the court instead finds good cause to delay the deadline for filing dispositive motions in the instant case. Therefore, the deadline for filing dispositive motions is **EXTENDED** to and including **August 19, 2015,** which coincides with the deadline for filing dispositive motions in the 3:12-cv-00538 case.

Defendants' motion (Doc. # 53) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk